FILED
CLERK, U.S. DISTRICT COURT
3/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EDGAR RUELAS,<br>　aka "Player,"<br><br>　　　　Defendant. | CR No. 2:24-cr-00215-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (5)(A): Prohibited Person in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(g)(1), (5)(A)]

On or about October 25, 2023, in Los Angeles County, within the Central District of California, defendant EDGAR RUELAS, also known as "Player," knowingly possessed ammunition, namely, two hundred rounds of Winchester 9mm Luger caliber ammunition, in and affecting interstate and foreign commerce.

Defendant RUELAS possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number TA144490, on or about October 31, 2017;

2. Second Degree Burglary of a Vehicle, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number NA110359, on or about November 27, 2018; and

3. Second Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number VA146439, on or about March 5, 2019.

Furthermore, defendant RUELAS possessed such ammunition knowing that he was then an alien illegally and unlawfully in the United States.

COUNT TWO

[18 U.S.C. §§ 922(g)(1), (5)(A)]

On or about January 15, 2024, in Los Angeles County, within the Central District of California, defendant EDGAR RUELAS, also known as "Player," knowingly possessed ammunition, namely, four rounds of Smith & Wesson .40 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant RUELAS possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number TA144490, on or about October 31, 2017;

2. Second Degree Burglary of a Vehicle, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number NA110359, on or about November 27, 2018; and

3. Second Degree Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number VA146439, on or about March 5, 2019.

Furthermore, defendant RUELAS possessed such ammunition knowing that he was then an alien illegally and unlawfully in the United States.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any offense set forth in Count One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                         /s/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*[signature] for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

KELLY LAROCQUE
Assistant United States Attorney
General Crimes Section